People v Kaval (2023 NY Slip Op 02796)

People v Kaval

2023 NY Slip Op 02796

Decided on May 24, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 24, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
VALERIE BRATHWAITE NELSON
PAUL WOOTEN
LARA J. GENOVESI, JJ.

2019-01933
 (Ind. No. 1376/12)

[*1]The People of the State of New York, respondent,
v
Rudolph Kaval, appellant.

Janet E. Sabel, New York, NY (Simon Greenberg of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Joseph N. Ferdenzi, and Christopher J. Blira-Koessler of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a resentence of the Supreme Court, Queens County (Ira H. Margulis, J.), imposed February 5, 2019, upon his convictions of criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, after remittitur from this Court for resentencing (see People v Kaval, 154 AD3d 875). By decision and order dated May 5, 2021, this Court reversed the resentence and remitted the matter to the Supreme Court, Queens County, for resentencing in accordance therewith (see People v Kaval, 194 AD3d 746). On December 13, 2022, the Court of Appeals reversed the decision and order of this Court and remitted the matter to this Court for consideration of the facts and issues raised but not determined on appeal to this Court (see People v Kaval, 39 NY3d 1081). Justice Genovesi has been substituted for former Justice Hinds-Radix (see 22 NYCRR 1250.1[b]).
ORDERED that, upon remittitur from the Court of Appeals, the resentence is affirmed.
The resentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
DILLON, J.P., BRATHWAITE NELSON, WOOTEN and GENOVESI, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court